IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER HAYNES
ADC # 111110                                                                                              PLAINTIFFS

and

MICHAEL ST. CLAIR
ADC # 118671

V.                                          5:09CV00273-WRW-JJV

LARRY MAY, Deputy Asst. Director,
Arkansas Department of Correction; DAVID
WHITE, Deputy Warden, Maximum Security Unit,
Arkansas Department of Correction; C. WOODS,
Nurse, Maximum Security Unit, Arkansas Department
of Correction; BLEDSOE, Sgt., Maximum Security
Unit, Arkansas Department of Correction; and
MURPHY, Supervisor, Maximum Security
Unit, Arkansas Department of Correction                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 29th day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE